No. 76–33. ATKINSON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 76–58. SLOAN ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. ██ 

No. 76–70. STREET *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 76–82. FAMOUS FOODS, INC. *v.* GENERAL FOODS CORP. C. A. 3d Cir. Certiorari denied. 

No. 76–90. WESTERN SHOSHONE LEGAL DEFENSE & EDUCATION ASSN. ET AL. *v.* UNITED STATES ET AL. Ct. Cl. Certiorari denied. 

No. 76–115. BERNABEI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 76–129. LEVY *v.* UNITED STATES. Ct. Cl. Certiorari denied. 

No. 76–132. MICHELMAN, TRUSTEE IN BANKRUPTCY *v.* CLARK-SCHWEBEL FIBER GLASS CORP. ET AL. C. A. 2d Cir. Certiorari denied. 

No. 76–147. WILLIAMS *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 76–178. SCARRELLA ET AL. *v.* MIDWEST FEDERAL SAVINGS & LOAN ASSOCIATION OF MINNEAPOLIS ET AL. C. A. 8th Cir. Certiorari denied. 

No. 76–182. BENEFICIAL FINANCE CO. OF GARY, INC. *v.* ALLEN. C. A. 7th Cir. Certiorari denied. 

No. 76–187. BACHE & CO., INC. *v.* SEYMOUR. C. A. 2d Cir. Certiorari denied.